IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| L & M ETHANOL MAINTENANCE, INC., | No. 3:19-cv-03042 |
| Plaintiff, | |
| v. | DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL |
| MARK GAALSWYK, ROBERT PARRA, WILLIAM HINZ, AND EASY AUTOMATION, INC., | |
| Defendants. | |

Pursuant to Local Rule 5(c), Defendants Mark Gaalswyk, Robert Parra, William Hinz, and Easy Automation, Inc. (collectively, "Defendants") move for leave to file their Reply in Support of their Motion for Summary Judgment (and related documents) under seal. In support, Defendants state:

1. On March 13, 2020, Defendants filed a Motion for Summary Judgment seeking an order that Plaintiff L & M Ethanol Maintenance, Inc. ("Plaintiff") cannot pierce Easy Energy Systems, Inc.'s corporate veil. *See* Dkt. 18. Plaintiff responded on April 27, 2020 with a confidential brief that was filed under seal. *See* Dkt. 25. By agreement of counsel and order of this Court, Defendants' deadline to file its Reply in Support of its Motion for Summary Judgment is **Monday, May 11, 2020** ("Reply").

2. Defendants' Reply attaches and discusses confidential information, such as minutes of the board of directors and shareholders of EES, certain of EES' financial statements, customer information, and project information.

3. As such, Defendants respectfully seek leave of Court to file under seal their Reply and related briefing (*i.e.*, Response to Plaintiff's Statement of Facts, Defendants' Statement of

Additional Facts in Support of Summary Judgment, and Defendants' Supplemental Appendix).

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court enter its order granting them leave to file their Reply and related briefing under seal, and granting all other relief this Court deems just and proper.

Dated: May 8, 2020.

Respectfully submitted,

*/s/ Samuel L. Blatnick*
Samuel L. Blatnick (AT0011632)
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Sam.Blatnick@Stinson.com
(816) 691-2712

**ATTORNEYS FOR EASY AUTOMATION, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this Action.

*/s/ Samuel L. Blatnick*
**ATTORNEY FOR EASY AUTOMATION, INC.**